**Dismissed and Memorandum Opinion filed November 23, 2021.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-21-00072-CV

## GIOVANNY LAGUAN, Appellant

### V.

## WILMINGTON TRUST, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2, Appellee

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-CCV-068157**

## MEMORANDUM OPINION

This appeal is from a judgment signed December 11, 2020. The clerk's record was filed May 10, 2021. No brief was filed.

On October 14, 2021, this court issued an order stating that unless appellant filed a brief on or before November 15, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Spain, and Hassan.